**FILED
CLERK**

6/10/2020 8:30 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Young Ae Kim, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

I.C. System, Inc.,

          Defendant.

Case No: 2:20-cv-01015-JMA-ARL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 8, 2020

**GOLDEN SCAZ GAGAIN, PLLC**

By:   /s Joseph Proulx
Joseph Proulx, Esq.
201 North Armenia Avenue,
Tampa, Florida 33609
Tel: (813) 251-5500
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 117036
*Attorneys for Plaintiff*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/10/2020